No. 97–29.  TEXAS *v.* UNITED STATES ET AL.  Appeal from D. C. D. C.  Probable jurisdiction noted.  Brief of appellant is to

be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 13, 1997. Brief of appellees is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 15, 1997. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 5, 1998. This Court's Rule 29.2 does not apply.